Dismissed and Memorandum Opinion filed September 13, 2007








Dismissed
and Memorandum Opinion filed September 13, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00615-CV

____________

 

DYNEGY, INC., Appellant

 

V.

 

MILTON L. SCOTT, Appellee

 



 

On Appeal from the
127th District Court

Harris County,
Texas

Trial Court Cause
No. 05-64611

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 2, 2006.  On August 23, 2007, the parties
filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 13, 2007.

Panel consists of Chief Justice Hedges, Justices Yates and Frost.